UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EDWARD WILLIAMS, | ) | CASE NO. 5:05 CV 1394 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

 S/John R. Adams 7/26/05
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE